# UNITED STATES DISTRICT COURT
## for the

### Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| PEGGY ANN LOCKLEAR | ) |
| | ) Case No:  7:96-CR-49-3F |
| | ) USM No:  16591-056 |
| Date of Original Judgment:  June 13, 2001 | ) |
| Date of Previous Amended Judgment: | ) Suzanne Little |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120                            months **is reduced to**  22 months on Count 2,                    consecutive to Count 1. Count 1 remains at 240 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated June 13, 2001 shall remain in effect. **IT IS SO ORDERED.**

Order Date:        3/8/16

_____
Judge's signature

Effective Date:    November 1, 2015
                    *(if different from order date)*

James C. Fox, Senior U.S. District Judge
_____
Printed name and title

EDNC Rev. 11/8/2011